STATE OF NEW JERSEY v. CHRISTINE GOFF.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WALTER R. GRIFFIN.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CARSON SLUE.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. TODD BRYAN STEIGER.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF
B.J., A JUVENILE.

June 7, 1988.

Petition for certification denied.